# Court of Appeals
# of the State of Georgia

ATLANTA,___July 24, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A2078. EDDIE CORREIA et al. v. HUGH M. DEJARNETTE, JR. et al.**

Eddie Correia and the other defendants below filed a motion for attorney fees pursuant to OCGA § 9-15-14. The trial court denied the motion, and the defendants filed this direct appeal. But appeals from orders granting or denying attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application, not direct appeal. See OCGA § 5-6-35 (a) (10). The defendants' failure to comply with the discretionary review procedure deprives us of jurisdiction over this appeal. See *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840 (560 SE2d 730) (2002). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 07/24/2014_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*